1 BENJAMIN B. WAGNER
  UNITED STATES ATTORNEY
2
3 SAMUEL C. SMALL
  SPECIAL ASSISTANT UNITED STATES ATTORNEY
4 Office of the Staff Judge Advocate
  AFFTC/JA
5 1 South Rosamond Blvd.
  Edwards AFB, California 93524
6 Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:11-mj-00056-JLT |
| Plaintiff, | Government's Motion to Dismiss |
| v. | |
| | Date: |
| LEILANI A. MADRONA, | Time: |
| | Place: Edwards Air Force Base |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss with prejudice, the Case Number 5:11-mj-00056-JLT against Leilani A. Madrona, in the interest of justice.

Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

DATED: 5 January 2012

By   /s/ Samuel C. Small

SAMUEL C. SMALL
Special Assistant United States Attorney

# O R D E R

1 | **IT IS SO ORDERED** that the case against Leilani A. Madrona, Case Number
2 | 5:11-mj-00056-JLT be dismissed with prejudice, in the interest of justice.

DATED: January 5, 2012

*Jennifer L. Thurston*
JENNIFER L. THURSTON
U.S. Magistrate Judge